## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES J. TOMBENO,<br><br>          Plaintiff,<br><br>v.<br><br>FEDEX CORPORATE SERVICES, INC.,<br>And BRENDA NYLEN<br><br>          Defendants. | Case No.: |

### NOTICE OF REMOVAL

Defendants FedEx Corporate Services, Inc. ("FedEx") and Brenda Christmas (formerly Nylen) file this Notice of Removal pursuant to 28 U.S.C. § 1441. In support of this Notice of Removal, Defendants state the following:

### Preliminary Statement of Claims

1.     FedEx, a Delaware corporation with its principal place of business in Memphis, Tennessee, is a defendant in a civil action filed by former employee James J. Tombeno in the Superior Court, Commonwealth of Massachusetts, Docket No. 1585CV01978. Plaintiff filed his State Court action alleging discrimination in violation of M.G.L c. 151B and breach of contract, herein referred to as the "Complaint."

### Venue

2.     In accordance with 28 U.S.C. § 1441(a), venue lies in the United States District Court for the District of Massachusetts, because the state court action was filed within this judicial district and division. Attached hereto as "**Attachment 1**" are true and

1

correct copies of all process, pleadings, and orders served upon Defendants in this action, as provided by 28 U.S.C. § 1446(a).

## Basis for Removal

3.      This Court has jurisdiction based on diversity of citizenship and, upon information and belief, the amount in controversy exceeds $75,000, exclusive of interest and costs. (*See* Superior Court Civil Action Cover Sheet, included in **Attachment 1** hereto, in which Plaintiff indicates he seeks $1,000,000.00.  As correctly alleged in the Complaint, FedEx is a Delaware corporation, (Complaint ¶ 2), with its principal place of business in Shelby County, Memphis Tennessee.  Plaintiff is a resident of Sturbridge, Massachusetts. (Complaint, ¶ 1.). Individually-named Defendant Brenda Christmas is a citizen of Connecticut.  Complete diversity therefore exists between the parties, and Defendants aver that this matter is removable on the basis of diversity.

4.      All Defendants consent to removal of this action and join in the request for removal.

## Timeliness of Removal and Filing of Answer

5.      FedEx's registered agent was served with the Summons and Complaint on January 11, 2016.  Defendants file this Notice of Removal within thirty (30) days after receipt of the Complaint setting forth the claims for relief upon which the action is based, and the time for filing this Notice of Removal pursuant to 28 U.S.C. § 1446(b) has not expired.

## Proper Notice of Removal

6.      Defendants will this day serve written notice to Plaintiff of the filing of this Notice of Removal with this Court, as provided by 28 U.S.C. § 1446(d).  A copy of

2

said Notice to Opposing Counsel of Removal of Action to Federal Court is attached hereto as "**Attachment 2**."

7.       Finally, Defendants will promptly file a true and correct copy of its Notice of Removal with the State Court as provided by 28 U.S.C. § 1446(d).  A copy of the Notice to the State Court is attached hereto as "**Attachment 3**."

8.       By removing this matter, Defendants do not waive or intend to waive any defense, including but not limited to insufficiency of process and insufficiency of service of process.

**WHEREFORE**, Defendants hereby remove the above-styled civil action to this Court's jurisdiction.

Respectfully Submitted,

FEDEX CORPORATE SERVICES, Inc.
and BRENDA CHRISTMAS

By Their Attorneys,


/s/ Nicole Corvini Daly
Nicole Corvini Daly (BBO #670587)
Beck Reed Riden LLP
155 Federal Street, Suite 1302
Boston, MA  02110
T: 617-500-8669
F: 617-500-8665
ndaly@beckreed.com

Carl K. Morrison, Esq. (TN Bar # 016824)
(Motion to Appear *Pro Hac Vice* to be filed)
Senior Counsel
FedEx Legal Division
3620 Hacks Cross Road
Building B, Second Floor
Memphis, TN  38125
T:  (901) 434-0016
F:  (901) 434-4523

3

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon counsel for plaintiff, Ann L. Palmieri, Esq., P.O. Box 1586, Andover, MA 01810, by first-class U.S. Mail this 29th day of January, 2016.

/s/ Nicole Corvini Daly
Nicole Corvini Daly